*Tipton* and *Davidson*, for appellant.

---

## STRAWSER *v.* MILLER.

APPEAL from the *Fountain* Common Pleas.

GREGORY, J. — This case involves the same questions ruled upon by this court in the case of *Teagarden* v. *Garver et al., ante,* p. 399, and, for the reasons stated in that case, the judgment of the court below must be reversed.

The judgment is reversed, with costs, and the cause remanded to said court, with directions to overrule the motion to dismiss the appeal, and for further proceedings.

*Tipton* and *Davidson*, for appellant.
*Milford* and *Milford*, for appellee.